NEW YORK LIFE INSURANCE COMPANY, Appellant, *v.*
WILLIAM F. WHITE et al., Respondents.

Argued March 5, 1941; decided April 17, 1941.

*Roy P. Ohlin, Louis H. Cooke* and *Franklin D. L. Stowe* for appellant.

*Peter Ward* and *Charles W. Schohl* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.